Commonwealth *v*. Walker, Appellant.

Argued December 3, 1974. *Newton C. Taylor*, with him *Taylor & Taylor*, for appellant; *Richard W. Linton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.

Commonwealth ex rel. Dunkelberger *v*. Dunkelberger, Appellant.

Argued December 4, 1974. *Richard C. Snelbaker*, with him *Martson and Snelbaker*, for appellant; *Marion E. MacIntyre*, Deputy District Attorney, with her *LeRoy S. Zimmerman*, District Attorney, for appellee.

Order affirmed.

VAN DER VOORT, J., absent.

Commonwealth ex rel. Dwyer, Appellant, *v*. Dwyer.

Argued December 5, 1974. *John A. M. McCarthy*, for appellant; *I. Bernard Fenner*, for appellee.

Order affirmed.

VAN DER VOORT, J., absent.